1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
        60 South Market Street, Suite 1200
6       San Jose, California 95113
        Telephone: (408) 535-5065
7       FAX: (408) 535-5081
        tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10                       UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           )   NO. 88-CR-00161-EXE
14                                     )
          Plaintiff,                   )   NOTICE OF DISMISSAL
15                                     )
       v.                              )
16                                     )
   JOHN JAIRO CALDERON AND JUAN        )
17 MANUEL CALDERON,                    )
                                       )
18        Defendants.                  )
                                       )
19                                     )
                                       )
20

21

22

23     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

24 States Attorney for the Northern District of California dismisses the above indictment as to the

25 following defendants (and only these defendants), and moves that the Court quash the arrest warrants

26 ////

27 ////

28 ////

   NOTICE OF DISMISSAL
   Case No. 88-cr-00161-EXE

for these defendants issued in connection with this case:  John Jairo Calderon (defendant 1) and Juan Manuel Calderon (defendant 2).

DATED: October 20, 2025                                     Respectfully submitted,

                                              CRAIG H. MISSAKIAN
United States Attorney

      /s/
MARTHA BOERSCH
Chief, Criminal Division

NOTICE OF DISMISSAL
Case No. 88-cr-00161-EXE

|   |   |
|---|---|
| 1 | ORDER |
| 2 | Leave is granted to the government to dismiss the indictment as to the following defendants: |
| 3 | John Jairo Calderon (defendant 1) and Juan Manuel Calderon (defendant 2).  It is further ordered that the |
| 4 | arrest warrants for these defendants issued in connection with this case are quashed. |

Date: _____

THE HONORABLE ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

NOTICE OF DISMISSAL
Case No. 88-cr-00161-EXE